UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY LAY o/b/o J.P., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | No.   2:13-cv-03010-JPH<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The matter is **REMANDED** for further proceedings, and Judgment is entered for Plaintiff.

DATED:  January 30, 2014

SEAN F. McAVOY
Clerk of Court

By: *s/Pam Howard*
      Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**